UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WORKNESH LAKEW,

        Plaintiff,

v.

SAFEWAY, INC., et al.,

        Defendants.

C18-237 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 22, indicating that further discovery is required before the questions set forth in the Minute Order entered October 24, 2018, docket no. 21, can be answered, the Court DIRECTS the parties to address those questions in their supplemental briefs relating to defendant's motion for summary judgment, docket no. 9, which is currently noted for February 15, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1